In the Matter of the Application of the Rexford Flats Bridge Company for a Writ of Mandamus against the Canal Board and Others.— Motion granted.

The People of the State of New York ex rel. George C. Potter v. Clarence W. Smith, Mayor, and Others, the Members of and Composing the Common Council of the City of Johnstown, New York, and Others.— Determination unanimously confirmed, without costs.

Alfred Pangburn, Respondent, v. Buick Motor Company, Appellant, Impleaded with Another.— Motion denied.

Anna Powers v. The Village of Mechanicville.— Motion denied.

The People of the State of New York, Respondent, v. Park Row Realty Company, Appellant, Impleaded with Others.— Motion granted.

The People of the State of New York ex rel. B. D. Pierce, Jr., Company, Respondent, v. William Sohmer, as Comptroller of the State of New York, and John N. Carlisle, as Commissioner of Highways of the State of New York, Appellants.— Motion denied.

Malinda Quick, Appellant, v. The First Methodist Episcopal Church of Hurleyville, N. Y., a Religious Corporation, and Others, Respondents.— Judgment unanimously affirmed, with costs.

Joseph Rinella and Others, Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs.

William Rudes, Appellant, v. The County of Hamilton, Respondent.— Motion granted.

John J. Shields and William C. Shields, Respondents, v. Barney F. Lantry, Appellant.— Judgment unanimously affirmed, with costs.

The United Real Estate Owners' Association of the City of New York v. Eugene M. Travis, Comptroller of the State of New York.— Order affirmed. All concurred.

United Waste Manufacturing Company, Appellant, v. Maryland Casualty Company of Baltimore, Respondent.— Judgment unanimously affirmed, with costs.

Daniel G. Underwood and William G. Tiffany v. John P. Ahrens.— Motion denied.

---

FOURTH DEPARTMENT, MAY, 1915.

SLIGO FURNACE COMPANY, Respondent, v. THOMAS H. QUINN and Others, Appellants.

Appeal from a judgment of the Supreme Court, entered in the Cattaraugus county clerk's office on the 23d day of March, 1914.

PER CURIAM: Without passing upon the question as to whether there was a partnership between the parties, we think the books of account from which alone the alleged partnership transactions were proved by

means of copies or statements, were not shown to be books of the partnership. They were kept by employees of plaintiff, who were not employees of the partnership. The entries were not evidence against defendants, without proof that they correctly recorded partnership transactions. We think defendants' exception to the admission in evidence of the statements from these books was well taken. All concurred. Judgment reversed and new trial granted, with costs to appellants to abide event.